**Order entered August 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01684-CV

### GLYNNWOOD BOWMAN, INDIVIDUALLY, ET AL., Appellants

### V.

### THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR RAMP 2006RS4, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-01134

## ORDER

We **GRANT** appellants' August 27, 2014 unopposed motion for leave to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellants on August 27, 2014 filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE